**FILED**
October 25, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:06-mj-287 KJM
        Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Donald Amburn, )
)
_____ )
        Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Donald Amburn  Case 2:06-mj-287 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   $25,000 Unsecured bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other)  PTS conditions/supervision

Issued at Sacramento, CA on 10/25/06 at 2:15 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge